ROY A. KATRIEL (SBN 265463)
**THE KATRIEL LAW FIRM, P.C.**
1228 Camino del Mar
Del Mar, CA 92014
Telephone: (619) 363-3333
Facsimile: (866) 832-5852
Email: rak@katriellaw.com

RALPH B. KALFAYAN (SBN 133464)
Email: ralph@rbk-law.com
IAN D. KRUPAR (SBN 350391)
**THE KALFAYAN FIRM, A.P.C.**
1228 Camino del Mar
Del Mar, CA 92014
Telephone: (619) 232-0331
Facsimile: (619) 232-4019

*Counsel for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RUBIN LAW OFFICE, P.C. Individually And On Behalf Of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WEST PUBLISHING CORPORATION AND THOMSON REUTERS ENTERPRISE CENTRE GmbH,**<br><br>**Defendants.** | **No. 3:26-cv-11248**<br><br>**CERTIFICATE OF INTERSTED ENTITIES AND PARTIES**<br><br>**(Civil L.R. 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. David Jason Rubin, sole shareholder of Plaintiff Rubin Law Office, P.C.

Dated this 1st day of October 2026,

Respectfully submitted,

/s/ Roy A. Katriel
ROY A. KATRIEL (265463)
THE KATRIEL LAW FIRM, P.C.
1228 Camino del Mar
Del Mar, CA 92014
Telephone: (619) 363-3333
Facsimile: (866) 832-5852
Email: rak@katriellaw.com

RALPH B. KALFAYAN (SBN 133464)
Email: ralph@rbk-law.com
IAN D. KRUPAR (SBN 350391)
**THE KALFAYAN FIRM, A.P.C.**
1228 Camino del Mar
Del Mar, CA 92014
Telephone: (619) 232-0331
Facsimile: (619) 232-4019

*Counsel for Plaintiff and the Putative Class*